62 A.3d 375

Mwangi SEKOU, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 218 EM 2012.

Supreme Court of Pennsylvania.

Feb. 28, 2013.

*ORDER*

PER CURIAM.

AND NOW, this 28th day of February, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

62 A.3d 375

Sherman McGETH, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 213 EM 2012.

Supreme Court of Pennsylvania.

Feb. 28, 2013.

*ORDER*

PER CURIAM.

AND NOW, this 28th day of February, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**